UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JOHN DOE 8, JOHN DOE 9, and
JOHN DOE 10,

    Plaintiffs,

v.                                            Case No. 17-11181

RICHARD SNYDER, et al.,

    Defendants.

_____/

**JUDGMENT**

In accordance with its "Opinion and Order Granting Defendants' Motion for Summary Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs John Doe 8, John Doe 9, and John Doe 10.

                                          s/Robert H. Cleland          /
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated:  February 23, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 23, 2018, by electronic and/or ordinary mail.

                                            s/Lisa Wagner              /
                                          Case Manager and Deputy Clerk
                                          (810) 292-6522